NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIANNE E. MORRIS,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
*Respondent.*

---

2011-3086

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100136-I-1.

---

## ON MOTION

---

## ORDER

Marianne E. Morris moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marianne E. Morris
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2011

JAN HORBALY
CLERK